# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF WISCONSIN

'12 MAR 26 P1 :05

*In the Matter of the Search of*

Case Number: 12 M 621

**A USPS Express Mail parcel with tracking number EI332503373US addressed to "Casey Therrian, 400 Dakota ST, Oshkosh, WI 54902" and containing the return address "Brenda Baily, 1895 H Street APT #2, Arcata, CA 95521, 323-219-4975."**

TO: Any authorized officer of the United States:

U.S. District C...
Eastern Div. of Wis. Green Bay Division
I hereby certify that this is a true and correct copy of the original now remaining of record in my office.

JON W. SANFILIPPO, clerk

### SEARCH AND SEIZURE WARRANT

DATED: 3-23-12 by Mau Cine, Deputy

TO: **Any authorized law enforcement officer**

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property currently located in Oneida, WI in the Eastern District of Wisconsin

**A USPS Express Mail parcel with tracking number EI332503373US addressed to "Casey Therrian, 400 Dakota ST, Oshkosh, WI 54902" and containing the return address "Brenda Baily, 1895 H Street APT #2, Arcata, CA 95521, 323219-4975."**

The person or property to be searched, described above, is believed to conceal: A quantity of a controlled substance, or other evidence of using the mail to facilitate the possession and/or distribution of a controlled substance in violation of title 21 U.S.C. § 843(b).

I find that the affidavit, submitted with the application, establishes probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to search on or before 3/31/12 , 2012
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge <u>James R Sickel</u>.

Date and time issued  *March 23*, 2012; 10:20 p.m. / A.M.

City and state: <u>Green Bay, Wisconsin</u>

*Judge's signature*

THE HONORABLE JAMES R SICKEL
United States Magistrate Judge
*Name & Title of Judicial Officer*

| | | |
|---|---|---|
| | **RETURN** | |
| Case No.<br>12-M-621 | Date and time Warrant executed<br>March 23, 2012 at 2:07 PM | Copy of warrant and inventory left with:<br>USPS |

Inventory made in the presence of
Derik Thieme, US Postal Inspector

Inventory of person or property taken and name of any person(s) seized:

Express Mail parcel EI332503373US that contained one vacuum sealed bundle of a green leafy material. This bundle and its green leafy material tested positive for the presence of THC, the active ingredient in marijuana, using the Duquenois-Levine Reagent field test kit and weighed approximately 180 grams.

**CERTIFICATION**

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/26/2012

_(Executing officer's signature)_

Subscribed, sworn to, and returned before me this date.

MATT SCHMITZ, POSTAL INSPECTORS
_(Printed name and title)_

_____
_(U.S. Judge or Magistrate Judge)_

3/26/12
_(Date)_